# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

JAMES F. JACKSON                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:18CV-P182-GNS

COMMONWEALTH OF KENTUCKY                                              DEFENDANT

### MEMORANDUM AND ORDER

Plaintiff James F. Jackson filed a *pro se* "complaint"/"motion."  Normally, the Court would perform an initial review of the pleading pursuant to 28 U.S.C. § 1915A.  For the reasons that follow, however, the Court concludes that Plaintiff did not intend to file the instant action.

The "complaint," which was filed on March 16, 2018, is not on a form.  It is a handwritten motion titled "Motion to save my life From entrapment conspiracy and file criminal charges of attempted murder on Joe Lynn Jackson Sr. & HCDC [Hardin County Detention Center]."  The caption contains a Hardin Circuit Court case number, 14-CR-00024, and the motion is dated June 28, 2017.  Attached to the motion is a June 30, 2017, Hardin Circuit Court order entered by Judge Kelly Mark Easton addressing the motion.

In addition, a review of the Court's records reveals that on the same date the instant action was filed, March 16, 2018, another action was filed by Plaintiff, Civil Action No. 3:18CV-165-DJH.  In that action, the complaint was filed on a 42 U.S.C. § 1983 form, and in the statement of claim section of the complaint form, Plaintiff states, in pertinent part, as follows:

> I have went as far as to file motions to the Hardin County Circuit Court Clerk and to Circuit Judge Kelly Mark Easton which my motion was taken looked at answered in way of paper not even heard with me in front of judge never even given court date.  I am sending motion I wrote along with Judge Easton's reply which is in file of case # 14-CR-00024 . . . .

Upon review of the "complaint"/"motion" filed in the instant action and of the complaint filed in Civil Action No. 3:18CV-165-DJH, the Court concludes that Plaintiff intended the "complaint"/"motion" filed in the instant action to be filed as an attachment to the complaint filed in Civil Action No. 3:18CV-165-DJH[1] and that the instant action was mistakenly opened.

**IT IS THEREFORE ORDERED** that the instant action is **ADMINISTRATIVELY DISMISSED**.

Further, by Order entered May 31, 2018, the Court granted Plaintiff's application to proceed without prepayment of fees and directed payment of the $350.00 filing fee in installments. In concluding that Plaintiff did not intend to file the instant action,

**IT IS ORDERED** that the May 31, 2018, Order granting Plaintiff's application (DN 7) is **VACATED**. Plaintiff is no longer obligated to pay the filing fee for this action.[2]

**IT IS FURTHER ORDERED that the Hardin County Detention Center shall <u>not</u> collect the filing fee under that vacated Order**.

Date: September 13, 2018

**Greg N. Stivers, Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
        Financial Section, USDC, WDKY
        HCDC, ATTN: Inmate Accounts (#2473), 100 Lawson Blvd., Elizabethtown, KY 42701
4416.005

---

[1] That other action having been dismissed by Memorandum Opinion and Order entered May 14, 2018, there is no cause for this Court to have the instant "motion" filed in that action.

[2] Review of the Court's financial records reveals that Plaintiff has not made any payments toward the filing fee and still has an outstanding balance of $350.00. Thus, no refund is due.